UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HON. PATRICK J. DUGGAN
CIVIL NO.08-12740

DARRELL PERRY,
    Plaintiff,
-v-
RUO GREEN, ET.AL,
    Defendant(s).
                                 /

## ORDER TO PROVIDE CORRECT ADDRESS FOR DEFENDANT(S)

The above-entitled action was filed on June 26, 2008. Upon review of the record, the Court notes that service of the complaint has not been executed as to defendant Green.

Rule 4 of the Federal Rules of Civil Procedure provide for dismissal of the action if defendant is not served with a copy of the complaint within 120 days after commencement of the suit.

Therefore, IT IS HEREBY ORDERED that plaintiff provide the Court the correct name, title and address of defendant Green so that service can be processed. Plaintiff is to provide this information to the Court in writing no later than August 12, 2008, or the Court may dismiss this action against defendant Green.

                                 s/Patrick J. Duggan
                                 Patrick J. Duggan
                                 United States District Judge

Dated: July 22, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 22, 2008, by electronic and/or ordinary mail.

                                 s/Marilyn Orem
                                 Case Manager