UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL PERRY,

    Plaintiff,

v.                                                          Case No. 08-12740
                                                          Honorable Patrick J. Duggan

FRANK GREENE, JANETTE BROWN,
and VISHNAMPET THYAGARAJAN,

    Defendants.
_____/

## JUDGMENT

Plaintiff, a Michigan Department of Corrections' prisoner, initiated this lawsuit pursuant to 42 U.S.C. § 1983 on June 26, 2008, alleging violations of his constitutional rights during his confinement at the Charles Egeler Reception & Guidance Center ("RGC"). In an opinion and order entered on January 31, 2010, this Court dismissed Plaintiff's claims against Defendant Vishnampet Thyagarajan. Defendants Frank Greene and Janette Brown filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(c), which the Court granted in an opinion and order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

DATE: March 31, 2010                s/PATRICK J. DUGGAN
                                                        UNITED STATES DISTRICT JUDGE

Copies to:
Darrell Perry, #219219
Florence Crane Correctional Facility
38 Fourth Street
Coldwater, MI 49036

Julia R. Bell, Esq.
Ronald W. Chapman, Esq.
Kimberley A. Koester, Esq.